927 A.2d 198

**LYNNEBROOK AND WOODBROOK ASSOCIATES, A Pennsylvania Limited Partnership, by and through its General Partner, LYNNEBROOK MANOR, INC., Petitioner,**

v.

**BOROUGH OF MILLERSVILLE, Respondent.**

Supreme Court of Pennsylvania.

June 21, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, as stated by Petitioner, is:

Is an annual tax on residential lease transactions pursuant to the Local Tax Enabling Act unlawful under Section 2(1) of that act, 53 P.S. § 6902(1)?